IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:02CR90 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ISRAEL TORRES-SORTELO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion to correct the Judgment (Filing No. 68). The Court has considered the attached government's letter (Filing No. 68).

The Defendant pleaded guilty to a one-count Information charging a violation of 21 U.S.C. § 841(c)(3) (receipt of pseudoephedrine). However, the Judgment states the count of conviction as Count I of the Indictment charging a violation of 21 U.S.C. § 841(c)(3), incorrectly describing the offense as "possession" of pseudoephedrine. The Defendant requests that the Judgment be corrected to reflect more accurately the offense of conviction.

While the Court will grant the motion pursuant to Federal Rule of Criminal Procedure 36, and an amended Judgment shall issue, this Court takes no position with respect to the Defendant's possible status as a deportable alien.

IT IS ORDERED:

1. The Defendant's motion to correct the Judgment (Filing No. 68) is granted; and

2. An amended Judgment shall issue, stating that the Defendant pleaded to Count I of the Information and describing the offense as receipt of pseudoephedrine.

DATED this 15th day of November, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge